**JON L. NORINSBERG**
ATTORNEY AT LAW
225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007
www.norinsberglaw.com

Bronx Office                                                                                           Tel. (212) 791-5396
5938 Fieldston Road                                                                                 Fax (212) 406-6890
Bronx, New York 10471                                                              jmeehan@norinsberglaw.com

Jon L. Norinsberg
_____

John J. Meehan                                                                                        October 31, 2017

**VIA ECF**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:   ***Lauran Code v. City of New York***
                  ***Index No. 17 Civ. 5184(RWS) (GWG)***

Your Honor:

      I represent plaintiff Lauran Code in the above referenced action. I write now respectfully request the Court adjourn the mediation in the instant matter from its current date of November 17, 2017 at 10:15 A.M., to December 15, 2017 at 2:30 P.M. Philip Frank, Esq., counsel for defendants, joins in this request.

      Upon the Court scheduling the November 17, 2017 mediation, the parties scheduled a telephone conference to determine a date that would work for all parties as well as give defendants sufficient time to respond to plaintiff's discovery demands and receive the necessary settlement authority. This afternoon, the parties contacted Your Honor's chambers and was told that December 15, 2017 at 2:30 P.M. is a date and time that is convenient to the Court.

      Accordingly, the parties respectfully request the Court adjourn the mediation in the instant matter from its current date of November 17, 2017 at 10:15 A.M., to December 15, 2017 at 2:30 P.M.

      I thank the Court for consideration of this request.

                                                                      Respectfully Submitted,

                                                                      John J. Meehan

.