# Exhibit A

## Summary

We now combine the previously calculated losses in this case to obtain a total loss value, as follows:

|   | Value | Component of Analysis |
|---|---:|---|
| $ | 157,694 | adjusted salary in past years |
|   | 48,626 | adjusted bonus in past years |
|   | 5,187,378 | adjusted salary in future years |
|   | 1,037,476 | adjusted bonus in future years |
|   | 3,444,233 | cost of lifetime care |
|   | 94,965 | value of lost RSUs |
| $ | 9,970,372 | **total value of loss** |

It is important to understand that the total loss figure is a cumulative value of loss and has not been discounted to present value. In addition, please note that pre-trial or pre-judgment interest has not been calculated. These interest losses are typically determined at the time of trial and would be in addition to the losses calculated in this appraisal report.

The preceding findings are based on information provided to us as of this date. They are subject to revision should additional information be forthcoming that would change any facts or assumptions upon which this analysis rests. We also note that pecuniary losses are an approximation and are provided by the economic expert as a guide to the trier-of-fact. [SOURCE: *Jones and Laughlin Steel Corp. v. Pfeifer*, 462 U.S. 523, 545-47 (1983).]

