# Exhibit B

> **Lauren Code**
> **Life Care Plan - TYPICAL YEAR**
> **COST SUMMARY 10/31/17**

## Life Care Plan - Section

A-1: Projected Evaluations..........................................................................$722

A-2: Projected Therapeutic Modalities....................................................$3,037

A-3: Projected Medical Care.................................................................. $5,889

A-4: Pain Management Treatments.......................................................$19,222

A-5: Medication Needs........................................................................... $8,826

A-6: Aids for Independent Living...............................................................$81

A-7: Orthotic Needs....................................................................................$15

A-8: Home Care Needs..........................................................................$8,944

**ANNUAL TOTAL PLAN COSTS ..................................................$46,736**

**TOTAL PLAN COSTS (36.9 years)........................................$1,724,558**